

# CASE ANNOUNCEMENTS
*July 10, 2014*

[Cite as *07/10/2014 Case Announcements #2*, 2014-Ohio-3054.]

## MOTION AND PROCEDURAL RULINGS

**2013–0999.   Disciplinary Counsel v. Deters.**
This cause came on for further consideration upon respondent's filing of a motion to supplement the record and a notice to withdraw motion to supplement the record.

Upon consideration thereof, this court orders that the motion to supplement the record is granted. Respondent's notice to withdraw motion to supplement the record is denied as moot.

**2013–0999.   Disciplinary Counsel v. Deters.**
It is ordered by this court, sua sponte, that respondent, Eric Charles Deters, produce on or before 30 days from the date of this order a complete copy of all documents developed in the proceedings before the Supreme Court of Kentucky, Character and Fitness Committee, upon respondent's application for reinstatement in Supreme Court of Kentucky case Nos. 2012–SC–000666 and 2012–SC–000667. It is further ordered that respondent shall certify that he is producing all such records in his possession.

# CASE ANNOUNCEMENTS
*July 11, 2014*

[Cite as *07/11/2014 Case Announcements*, 2014-Ohio-3051.]

## MOTION AND PROCEDURAL RULINGS

**2012–2098.   In re Comm. Rev. of Capacity Charges of Ohio Power Co.**
Public Utilities Commission, No. 10–2929–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the application of appellant/cross-appellee, FirstEnergy Solutions Corp., for dismissal of its cross-appeal, it is ordered by the court that the application for dismissal is granted. The cross-appeal of FirstEnergy Solutions Corp. is dismissed, and the case remains pending on all other appeals.

**2013–0228.   In re Comm. Rev. of Capacity Charges of Ohio Power Co.**
Public Utilities Commission, No. 10–2929–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the application of appellant/cross-appellee, FirstEnergy Solutions Corp., for

dismissal of its cross-appeal, it is ordered by the court that the application for dismissal is granted. The cross-appeal of FirstEnergy Solutions Corp. is dismissed, and the case remains pending on all other appeals.

## MISCELLANEOUS DISMISSALS

**2014–0508.   Ridgecar Co., L.L.C. v. Lorain Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–3755. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1013.   State ex rel. Ascena Retail Group, Inc. v. Reynoldsburg.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter.

Upon consideration of relators' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*July 14, 2014*

[Cite as *07/14/2014 Case Announcements*, 2014-Ohio-3066.]

## MOTION AND PROCEDURAL RULINGS

**2013–0539.   Jainco Invests., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–A–2196. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the motion is granted and the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1102.   State v. Sexton.**
Montgomery App. No. 25862, 2014-Ohio-2314. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's emergency motion for appellate bond and motion for stay, it is ordered by the court that the motions are denied as moot.